

FILED
JOHN P. HEHMAN
CLERK

2014 JUL 29 PM 12: 52

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **CASE NO.: 1 : 14 M J -459** |
| | : | |
| v. | : | **MAGISTRATE JUDGE BOWMAN** |
| | : | |
| DANA BETTS | : | **MOTION AND ORDER TO SEAL** |
| | : | **COMPLAINT, ARREST WARRANT,** |
| | : | **AND THIS MOTION AND ORDER** |

The United States respectfully requests that the Court seal the Complaint, Arrest Warrant, this Motion and Order, and any other pleadings in the above-numbered case. The reason in support thereof is the potential risk to others.

Respectfully submitted,

CARTER M.STEWART
United States Attorney

*s/Christy L. Muncy*
CHRISTY L. MUNCY (KY 88236)
Assistant United States Attorney
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202
(513)684-3711; Fax: (513)684-6385
Christy.Muncy@usdoj.gov

IT IS **ORDERED** that the Complaint, Arrest Warrant, this Motion and Order, and any other pleadings in the above-numbered case shall now be sealed.

7/29/14
DATE

HONORABLE STEPHANIE K. BOWMAN
United States Magistrate Judge