UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,
v.

DANA BETTS,
    Defendant.

Case No. 1:14-mj-00459

FILED
JOHN P. HEHMAN
CLERK
2014 JUL 29 PM 1:55
U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

**CRIMINAL MINUTES before**
**Magistrate Judge Stephanie K. Bowman**

Courtroom Deputy: Kevin Moser
Court Reporter: Maryann Maffia (Official)    Date/Time: 7/29/2014 @ 1:30 PM
United States Attorney: Christy Muncy
Defendant Attorney: _KAREN SAVIR_ (FPD)

*Initial Appearance:* [X] Complaint; [] Indictment; [] Information; [] petition for supervised release
[X] Counsel present
[X] Defendant informed of his / her rights    [X] Defendant provided copy of charging document
[X] Government moves for defendant to be detained pending detention hearing _7/31/14 @ 1:30 PM_
[X] Financial affidavit presented to the Court/Defendant
[X] Counsel appointed. (FPD)

*Detention:* [] Defendant to be detained pending trial pursuant to pretrial detention order
Plaintiff Witness _____ Defendant
Witness _____
[ ] OR  [ ] Secured with _____ [ ] Electronic Monitor [ ] Other

Special Conditions of Release: [ ] Pretrial/Probation Supervision [ ] Drug testing & Treatment [ ] maintain employment & verify
[ ] refrain from alcohol [ ]narcotic drugs unless prescribed [ ]use of firearms [ ] Travel Restricted to

*Pretrial Bond Violation Hearing:*
[ ] bond revoked - defendant detained pending trial [ ] bond continued [ ] bond modified:

Preliminary Exam Hearing set _8/12/14 @ 1:30 PM_
*Preliminary Exam:* [ ] Probable Cause found; [ ] not found; [ ] waived; [ ] bond continued/denied
AUSA Witnesses: _____ Defendant Witnesses:

AUSA Exhibits: _____ Defendant Exhibits:

*Arraignment on [] Indictment or [] Information or [ ] Misdemeanor Information:*
Defendant waives reading []    Defendant pleads: [ ] GUILTY [] NOT GUILTY
[ ] PSI ordered    [ ] Sentencing set for _____
[] Case to proceed before

*Removal Hearing (Rule 5c):*
[ ] Defendant waives Identity Hearing.
[ ] Commitment to Another District Ordered.  [ ] Removed to _____
[ ] Probable Cause Found

Remarks: _ARREST WARRANT TO BE AMENDED TO REFLECT CORRECT STATUTE, PER ORAL MOTION OF THE GOVERNMENT._